NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YANGAROO, INC.,**
*Plaintiff-Appellant,*

**v.**

**DESTINY MEDIA TECHNOLOGIES INC.,
DESTINY SOFTWARE PRODUCTIONS INC.,
and MPE DISTRIBUTION, INC.,**
*Defendants-Appellees.*

---

2010-1424

---

Appeal from the United States District Court for the Eastern District of Wisconsin in No. 09-CV-0462, Judge William C. Griesbach.

---

**JUDGMENT**

---

JONATHAN H. MARGOLIES, Michael Best & Friedrich, LLP, of Milwaukee, Wisconsin, argued for plaintiff-appellant. With him on the brief was KATHERINE W. SCHILL.

TED SABETY, Sabety & Associates, PLLC, of New York, New York, argued for defendants-appellees.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, SCHALL, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 14, 2011          /s/ Jan Horbaly
Date                           Jan Horbaly
                                   Clerk